IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD DARREL TAYLOR, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:21-CV-0999-D |
| VS. § | |
| § | |
| EL CENTRO COLLEGE, et al., § | |
| § | |
| Defendants. § | |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed without prejudice as to defendant Allied University.

Done at Dallas, Texas October 28, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE